Code of Civil Procedure if it might be the subject of an action. A mandamus proceeding is not an action, and the Appellate Division, therefore, did not have jurisdiction to direct the issuance of a peremptory writ upon the submission of a controversy pursuant to said section. However, this court has jurisdiction to entertain the appeal. We have examined the question involved because of its public importance and have reached the conclusion that the order should be reversed, with costs, for the reasons stated in the dissenting opinion of INGRAHAM, P. J., below, and because the Appellate Division did not have jurisdiction to make it.

WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, COLLIN, HOGAN, MILLER and CARDOZO, JJ., concur.

Order reversed.

---

SAMUEL JACOBS, Appellant, v. DAVID A. SCHULTE et al., Respondents.

*Jacobs* v. *Schulte*, 153 App. Div. 693, affirmed.
(Argued March 31, 1914; decided July 14, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 23, 1912, modifying, and affirming as modified, a judgment in favor of plaintiff entered upon a verdict in an action to recover for an alleged wrongful eviction from premises leased by plaintiff from the defendants.

*Arnold Lichtig* and *I. Maurice Wormser* for appellant.

*Jerome Eisner* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, COLLIN, CUDDEBACK, HOGAN and CARDOZO, JJ.